IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARILYN WILLIAMS**                                                      **PLAINTIFF**

**v.**                                                                 **CIVIL ACTION NO. 4:23-cv-117-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                   **DEFENDANT**

**JUDGMENT**

For the reasons given in this Court's Order [17] entered on December 1, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **reversed and remanded**.

SO ORDERED, this the 1st day of December, 2023.

                                           /s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**